# United States Court of Appeals
## For the First Circuit

No. 19-1929

IN RE: AKEBIA THERAPEUTICS, INC.,

Petitioner.

**ERRATA SHEET**

The opinion of this Court issued on November 20, 2020, is amended as follows:

On Page 12, line 2, replace "criterium" with "criterion"